IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                        Plaintiff,                                          **8:17CR280**

            vs.

MARK HARRELL                                                            **ORDER**

                        Defendant.

 

 

        This matter is before the court on the defendant's Unopposed Motion to Continue Trial [24]. The parties are attempting to resolve this matter short of trial. Counsel is requesting additional time to assist the parties in finding an acceptable resolution. For good cause shown,

        **IT IS ORDERED** that the defendant's Unopposed Motion to Continue Trial [24] is granted as follows:

        1. The jury trial, now set for January 23, 2018, is continued to **April 24, 2018.**

        2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 24, 2018,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

        Dated this 11th day of January, 2018.

                        BY THE COURT:

                        s/Susan M. Bazis
                        United States Magistrate Judge